**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TIANYI WEI,

                                        Plaintiff,

          -against-                                                        25 **CIVIL** 1886 (MKV)

                                                                          **JUDGMENT**

ERIK FANGSHEN WANG; XIANJUN MENG
a/k/a JACKY MENG; SILVIA SIU a/k/a XIAO
BING; JAMES HUANG a/k/a HUANG JIN;
AMERICAN NORTHERN MARIANAS
REGIONAL CENTER, LLC; and BRIDGE
INVESTMENT GROUP, LLC a/k/a BIG,

                                        Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 16, 2026, Defendants' motions to dismiss

are GRANTED. This case is dismissed, without prejudice, pursuant to Rule 12(b)(1) for lack of

subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

          March 16, 2026

                                                            **TAMMI M. HELLWIG**
                                                  _____
                                                            **Clerk of Court**


                                        **BY:**
                                                  _____
                                                            **Deputy Clerk**